DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICHOLAS F. CAPUANO, III,**
Appellant,

v.

**JENNIFER M. CAPUANO,**
Appellee.

Nos. 4D19-193 and 4D19-2311

[May 7, 2020]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kathleen J. Kroll and Scott Suskauer, Judges; L.T. Case No. 50-2016-DR-008750-XXXX-NB.

Nicholas F. Capuano, Cameron, North Carolina, pro se.

Eddie Stephens, Gina Marie Szapucki and Caryn A. Stevens of Ward, Damon, Posner, Pheterson & Bleau, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and LEVENSON, JEFFREY, Associate Judge, concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***